# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0086.  DIANE WILLIAMS v. U. S. BANK, NATIONAL ASSOCIATION et al.

Diane Williams filed a wrongful foreclosure action against multiple defendants, including U. S. Bank, National Association.  The trial court dismissed the suit, and Williams appealed the dismissal.  The case has been docketed in this Court as Case Number A15A0047.  The trial court subsequently entered an order assessing OCGA § 9-15-14 attorney fees, and Williams filed this application for discretionary appeal seeking leave to appeal this ruling.

Although an application for discretionary appeal is ordinarily required to appeal a trial court's ruling on OCGA § 9-15-14 attorney fees, no such application is needed when a direct appeal is pending in the underlying judgment.  See *Haggard v. Board of Regents of University System of Georgia*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987).  Thus, because a direct appeal is pending in the underlying case, no application is required.

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal.  As it does not appear that Williams has filed a notice of appeal, this application is hereby GRANTED.  Williams shall have ten days from the date of this order to file a notice of appeal with the trial court.  The trial court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/29/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*